**ERIE BOLT CORPORATION and Zurich Insurance Group, Petitioners,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ELDERKIN), Respondents.**

Supreme Court of Pennsylvania.

June 22, 2000.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of June, 2000, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is reversed based upon the decision in *Davis v. Worker's Compensation Appeal Board (Borough of Swarthmore),* —— Pa. ——, 751 A.2d 168 (2000).

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Carl Arthur DAVIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided June 23, 2000.

Basil G. Rusin, Public Defender, William Ruzzo, Asst. Public Defender, Public Defender's Office, for Carl Davis.

Peter Paul Olszewski, Dist. Atty., Frank P. Barletta, Asst. Dist. Atty., Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NIGRO dissents.